**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-4656**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DON ANTONIO DANDRIDGE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. Glen M. Williams, Senior District Judge. (CR-03-119)

_____

Submitted: February 18, 2005        Decided: March 8, 2005

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John P. Bradwell, SHORTRIDGE & SHORTRIDGE, P.C., Abingdon, Virginia, for Appellant. John L. Brownlee, United States Attorney, R. Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Don Antonio Dandridge appeals from his conviction for being a felon in possession of a firearm. On appeal, he challenges the denial of his motions to suppress and to dismiss his indictment. We have reviewed the briefs and joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. (See J.A. at 17-19, 23, 38-48). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED